No. 80–5283.  McClain v. Oklahoma et al.  Ct. Crim. App. Okla.  Certiorari denied.

No. 80–5297.  Derrico v. Connecticut.  Sup. Ct. Conn. Certiorari denied.

No. 80–5310.  Nash v. Reedel et al.  C. A. 3d Cir.  Certiorari denied.

No. 80–5316.  Young v. Louisiana.  Sup. Ct. La.  Certiorari denied.

No. 80–5351.  Blake v. United States.  C. A. 2d Cir. Certiorari denied.

No. 80–5387.  Newkirk v. Warden, Maryland Penitentiary.  C. A. 4th Cir.  Certiorari denied.

No. 80–5411.  Green v. United States et al.  C. A. D. C. Cir.  Certiorari denied.

No. 80–5478.  Crute v. Virginia.  Sup. Ct. Va.  Certiorari denied.

No. 80–5506.  Sauter v. Arizona.  Sup. Ct. Ariz.  Certiorari denied.

No. 80–5566.  Rawls v. Mabry, Correction Commissioner.  C. A. 8th Cir.  Certiorari denied.

No. 80–5567.  Doerr v. Wainwright, Secretary, Department of Offender Rehabilitation of Florida, et al.  C. A. 5th Cir.  Certiorari denied.

No. 80–5571.  Cooper v. Mitchell, Warden.  C. A. 4th Cir.  Certiorari denied.

No. 80–5572.  Douthit v. Estelle, Corrections Director.  C. A. 5th Cir.  Certiorari denied.